JEREMIAH O'DAY, Plaintiff in Error, *v.* THE PEOPLE OF THE STATE OF NEW YORK, Defendants in Error.

(Argued February 21, 1877; decided March 20, 1877.)

*William B. Donihee*, for plaintiff in error.

*Daniel N. Lockwood,* for defendants in error.

Agree to affirm.   No opinion.   ALLEN, RAPALLO and MILLER, JJ., not voting.

Judgment affirmed.